IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JASON MOUNTAIN,  :
    Plaintiff  :
  v.  : Case No. 3:10-cv-117-KAP
BLUE KNOB AUTO SALES, INC.,  :
    Defendant  :

### JUDGMENT ORDER

Pursuant to Fed.R.Civ.P. 58, based on the jury's verdict of November 15, 2011, judgment is entered in favor of the defendant. Plaintiff has made a motion under Fed.R.Civ.P. 59(b). Briefs in support shall be filed on the following schedule: plaintiff's brief is due on or before December 30, 2011; defendant's reply is due on or before January 15, 2012. The Clerk shall mark this matter closed.

DATE: November 15, 2011

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF